```
                                    )
                                    )
                                    )
                                    )
                                    )
                                    )
                                    )
                                    )   THE ORIGINAL OF THE DOCUMENT
                                    )      RECORDED AS FOLLOWS:
                                    )        STATE OF HAWAII
                                    )
                                    )     BUREAU OF CONVEYANCES
                                    )
                                    )   DATE............  TIME
                                    )                    Doc 2009-008399
                                    )   DOCUMENT NO...  JAN 22, 2009 10:00 AM
                                    )
                                    )
                                    )
                                    )
                                    )
```

LAND COURT SYSTEM          )          REGULAR SYSTEM

Return by:    Mail  (  )     Pickup  ( X )

TO:   LEU & OKUDA
      Attorneys At Law
      The Merchant House
      222 Merchant Street, Main Floor
      Honolulu, Hawaii 96813
      Tel: (808) 538-1921

TMK: (4)3-6-024-037                                Total pages: 8

## QUITCLAIM DEED

THIS INDENTURE, made this 14th day of JANUARY, 2009, by and between RESMAE LIQUIDATION PROPERTIES LLC as foreclosing mortgagee, hereinafter called the "Grantor" and RESMAE LIQUIDATION PROPERTIES LLC, whose address is 7101 COLLEGE BLVD. SUITE 1400, OVERLAND PARK, KS 66210, hereinafter called the "Grantee".

EXHIBIT "2"

W I T N E S S E T H :

THAT WHEREAS, LEIGH MATSUYOSHI (hereinafter referred to as the "Borrower/Mortgagors") executed that certain Note and that certain Mortgage dated MARCH 26, 2007, recorded in the Bureau of Conveyances of the State of Hawaii as Document No. 2007-057187, with MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR RESMAE MORTGAGE CORPORATION, as the original Lender; and

WHEREAS, Borrower/Mortgagor defaulted on the Adjustable Rate Note and Mortgage currently held by Grantor, as foreclosing mortgagee; and

WHEREAS, a Notice of Mortgagee's Non-judicial Foreclosure Under Power of Sale was recorded on OCTOBER 1, 2008 in the Bureau of Conveyances of the State of Hawaii as Document No. 2008-153329 (hereinafter referred to as the "Notice"); and

WHEREAS, pursuant to Grantor's foreclosure rights under power of sale as provided in Sections 667-5 through 667-10, Hawaii Revised Statutes, and that aforesaid Mortgage dated MARCH 26, 2007, and in accordance with the terms of said Notice, the Grantor herein duly held a sale by public auction on NOVEMBER 13, 2008 wherein the property hereinafter described was offered for sale, and wherein RESMAE LIQUIDATION PROPERTIES LLC, or its nominee, was the purchaser of said property for the sum of

$416,900.20. Said auction being evidenced by Affidavit recorded as Document No. 2008-174905.

NOW, THEREFORE, Grantor, as foreclosing mortgagee, for and in consideration of the sum of TEN DOLLARS ($10.00) and other valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, does hereby release, remise, quitclaim, transfer and convey all of that certain real property described in Exhibit "A" attached hereto and made a part hereof, unto Grantee, as a Tenant in Severalty; And the reversions, remainders, rents, issues and profits thereof and all of the estate, right, title and interest of the Grantor, both at law and in equity, therein and thereto;

TO HAVE AND TO HOLD the same, together with all buildings, improvements, tenements, rights, easements, privileges and appurtenances thereon and thereunto belonging or appertaining or held and enjoyed therewith unto the Grantee, in FEE SIMPLE, forever.

The Grantee expressly agrees and understands that the Grantor makes no warranties or covenants with respect to this conveyance.

The terms "Grantor" and "Grantee", as and when used herein, or any pronouns used in place thereof, shall mean and include the masculine, feminine or neuter, the singular or plural number, individuals, partnerships, trustees or corporations and

3

their and each of their respective successors, heirs, personal representatives, successors in trust and assigns, according to the context thereof. All covenants and obligations undertaken by two or more persons shall be deemed to be joint and several unless a contrary intention is clearly expressed elsewhere herein.

IN WITNESS WHEREOF, the undersigned executed these presents on the day and year first above written.

RESMAE LIQUIDATION PROPERTIES LLC

*Jaylene O'Brien*    VP Jaylene O'Brien

BY RESMAE MORTGAGE CORPORATION, ITS ATTORNEY IN FACT

RONDA SCHRADER - VP

By RESMAE MORTGAGE CORPORATION, ITS ATTORNEY IN FACT

"Grantor"

STATE OF KANSAS      )
                     ) SS.
COUNTY OF JOHNSON    )

On this 14th day of JANUARY, 2009, before me personally appeared JAYLENE O'BRIEN and RONDA SCHRADER to be personally known, who being by me duly sworn, did say that RESMAE MORTGAGE CORPORATION, is the attorney-in-fact of RESMAE LIQUIDATION PROPERTIES LLC, and that said instrument was signed on behalf of said corporation by authority of its Board of Directors, and the said attorneys-in-fact acknowledged said instrument to be the free act and deed of said corporation.

KELLY SCHAEFER
Notary Public, State of Kansas
My Appointment Expires
February 15, 2012

Notary Public, State of

My commission expires: 2/15/2009

5

Exhibit "A"

TMK: (4) 3-6-024-037

## EXHIBIT "A"

All of that certain parcel of land situate at Kalapaki, Lihue, District of Puna, Island and County of Kauai, State of Hawaii, being LOT 148 of the "LIHUE TOWN ESTATES", as shown on File Plan Number 1408, filed in the Bureau of Conveyances of the State of Hawaii, and containing an area of 6,000 square feet, more or less.

BEING THE PREMISES ACQUIRED BY WARRANTY DEED

| | |
|---|---|
| GRANTOR | : JUN MATSUYOSHI, wife of Fred Bachmann, LEIGH MATSUYOSHI, unmarried, YUKI YOSHI, unmarried, GLORIA CORCINO, wife of Peter Corcino, ROBIN A. MATSUYOSHI, husband of Stephanie Matsuyoshi, JOHN E. MATSUYOSHI, husband of Ruth Matsuyoshi, and THOMAS K. MATSUYOSHI, husband of Lanie Matsuyoshi |
| GRANTEE | : LEIGH MATSUYOSHI, unmarried, as Tenant in Severalty |
| DATED | : February 13, 2007 |
| RECORDED | : Document No. 2007-057186 |

SUBJECT TO HOWEVER TO THE FOLLOWING:

1. Reservation in favor of the State of Hawaii of all mineral and metallic mines.

2. Reservation and exception in favor of The Lihue Plantation Company, Limited, its successors and assigns, created in that certain Deed from The Lihue Plantation Company, Limited to Amfac, Inc. dated January 17, 1973, recorded in Liber 8880 at Page 162, as appurtenant to the lands of The Lihue Plantation Company, Limited, located on the Island of Kauai, now owned and used or hereafter acquired and used by the Lihue Plantation Company, Limited in its sugar plantation operations, the perpetual right and easement over and upon the granted premises to discharge, emit, diffuse and inflict noise, smoke, soot, dust, lights, noxious vapors, odors and other minor nuisances of every description created by and resulting from the operations of the Lihue Plantation Company, Limited in burning sugar cane and bagasse, milling, generating power, trucking, hauling and all other activities incidental to the operation of a sugar plantation.

## SCHEDULE A CONTINUED

3. The terms and provisions contained in the following:

   INSTRUMENT : DECLARATION

   DATED     : August 27, 1974
   RECORDED  : Liber 10161 Page 126

   The foregoing includes, but is not limited to, matters relating to the use of land.