IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RESMAE LIQUIDATION PROPERTIES, LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>LEIGH MATSUYOSHI; JOHN DOES 1-50;  JANE DOES 1-50; DOE PARTNERSHIPS 1-50;  DOE CORPORATIONS 1-50 and DOE GOVERNMENTAL UNITS 1-50,<br><br>　　　　　Defendants. | ) CIVIL NO. _____<br>)<br>) **SUMMONS IN A CIVIL ACTION**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **SUMMONS IN A CIVIL ACTION**

TO:　　LEIGH MATSUYOSHI
　　　　2888 Hoolako Street
　　　　Lihue, Hawaii 96766

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States Agency, or an officer or employee of the United States described in Rule 12(a)(2) or (3) of the Federal Rules of Civil Procedure – you must serve on the Plaintiff's an answer to the attached complaint or a motion under Rule 12 of the Federal

Rules of Civil Procedure. The answer or motion must be served on Plaintiff's attorney, whose name and address is:

> PETER T. STONE          #2788
> CHARLES R. PRATHER    #7664
> RCO HAWAII, LLLC
> A Hawaii Limited Liability Law Company
> 900 Fort Street Mall, Suite 305
> Honolulu, Hawaii 96813
> Telephone: (808) 532-0090

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

This summons shall not be personally delivered between 10:00 p.m. and 6:00 a.m. on premises not open to the general public, unless a judge of the above-entitled court permits, in writing on this summons, personal delivery during those hours.

DATED: Honolulu, Hawaii, JAN 14 2011.

SUE BEITIA
CLERK OF THE COURT

_____
Signature of Clerk or Deputy Clerk