GARY VICTOR DUBIN 3181
FREDERICK J. ARENSMEYER 8471
LILA C. A. KING 2788

Dubin Law Offices
Suite 3100, Harbor Court
55 Merchant Street
Honolulu, Hawaii 96813

Telephone: (808) 537-2300
Facsimile: (808) 523-7733
Email: gdubin@dubinlaw.net
Email: farensmeyer@dubinlaw.net
Email: lking@dubinlaw.net

Attorneys for Defendant
Leigh Matsuyoshi

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RESMAE LIQUIDATION PROPERTIES, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>LEIGH MATSUYOSHI; JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50; DOE ENTITIES 1-50; and DOE GOVERNMENTAL UNITS 1-50,<br><br>Defendants. | CIVIL NO. CV11-00033 ACK-KSC<br>(Foreclosure)<br><br>DEFENDANT LEIGH MATSUYOSHI'S (1) MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT AND (2) MOTION TO DISMISS FOR LACK FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED; DECLARATION OF COUNSEL; EXHIBIT 1; CERTIFICATE OF SERVICE |

DEFENDANT LEIGH MATSUYOSHI'S
(1) MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT AND
(2) MOTION TO DISMISS FOR LACK FOR LACK OF JURISDICTION AND
FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED

COMES NOW Defendant LEIGH MATSUYOSHI, by and through her undersigned attorneys, and hereby moves this Honorable Court for good cause for an order setting aside the Clerk's default as to her, and/or to dismiss this action for

lack of jurisdiction on the ground that there is no federal questions involved in the action and for failure to state a claim upon which relief can be granted.

This Motion is made upon good cause pursuant to Rules 7(b), 12, and 55(c) of the Federal Rules of Civil Procedure, and is based upon the reasons and authorities set forth in the attached Memorandum In Support and in the attached Declaration of Counsel.

DATED: Honolulu, Hawaii; June 8, 2011.

_____
GARY VICTOR DUBIN
FREDERICK J. ARENSMEYER
LILA C. A. KING
Attorneys for Defendant
Leigh Matsuyoshi