IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RESMAE LIQUIDATION PROPERTIES, LLC,<br>　　　　　Plaintiff,<br>vs.<br>LEIGH MATSUYOSHI; JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50 and DOE GOVERNMENTAL UNITS 1-50,<br>　　　　　Defendants. | CIVIL NO. CV11-00033 ACK-KSC<br>DECLARATION OF COUNSEL |

## **DECLARATION OF COUNSEL**

I, LILA C. A. KING, HEREBY DECLARE:

1. I am an attorney licensed in the Courts of the State of Hawaii; I represent the Defendant in the above-entitled action; and I make the following statements based upon my own firsthand knowledge.

2. Due to a mistake regarding the calendaring of this case, the deadline to file a timely answer on behalf of Defendant Matsuyoshi was inadvertently missed.

3. After discovering the missed deadline and the Clerk's entry of default against Defendant Matsuyoshi five days after the lapsed deadline, I immediately contacted Plaintiff's counsel inquiring as to the possibility of a stipulation to set aside the entry of default, which was not agreed upon by Plaintiff.

4. This was no fault of Defendant Matsuyoshi.

5. A true and correct copy of Plaintiff's Complaint For Ejectment filed in the Circuit Court of the Fifth Circuit of the State of Hawaii on February 3, 2009 is attached as Exhibit. The copy of the Complaint does not contain the attached Exhibits, but can be provided to the Court upon request.

I declare under penalty of law that the foregoing is true and correct.

EXECUTED: Honolulu, Hawaii; June 8, 2011.

_____
LILA C. A. KING