# EXHIBIT 1

FILED at __3:00__ o'clock __P__ __.m.

FEB - 3 2009

JANIS N. EFHAN
CLERK

LEU & OKUDA
Attorneys at Law

LESTER K. M. LEU 2980
KARYN A. DOI 7687
The Merchant House
222 Merchant Street, Main Floor
Honolulu, Hawaii 96813
Telephone: (808) 538-1921

Attorneys for Plaintiff

IN THE CIRCUIT COURT OF THE FIFTH CIRCUIT

STATE OF HAWAII

| | | |
|---|---|---|
| RESMAE LIQUIDATION PROPERTIES LLC, | ) ) ) | CIVIL NO. __09-1-0030__ (Foreclosure-Ejectment) |
| Plaintiff, | ) ) ) | COMPLAINT FOR EJECTMENT; EXHIBITS "1" AND "2"; SUMMONS |
| vs. | ) ) | |
| LEIGH MATSUYOSHI; and JOHN and MARY DOES 1-10, | ) ) ) | |
| Defendants. | ) ) | |

## COMPLAINT FOR EJECTMENT

1. Plaintiff RESMAE LIQUIDATION PROPERTIES LLC ("Plaintiff") is a corporation organized and existing under the laws of the United States of America.

2. On November 13, 2008, Plaintiff conducted a non-judicial foreclosure sale on the property located at 2888 Hoolako Street, Lihue, HI 96766 (TMK: (4) 3-6-024-037).

3. Attached hereto as Exhibit "1" is a true and correct copy of the Mortgagee's Affidavit of Foreclosure

Under Power of Sale, recorded in the Bureau of Conveyances of the State of Hawaii on November 17, 2008, as Document No. 2008-174905, under Hawaii Revised Statutes 603-36 concerning the non-judicial foreclosure sale results.

4. The above-described real property was sold to the highest bidder RESMAE LIQUIDATION PROPERTIES LLC, or its nominee, for the sum of FOUR HUNDRED SIXTEEN THOUSAND NINE HUNDRED AND 20/100 DOLLARS ($416,900.20).

5. The Quitclaim Deed transferring title of said real property to RESMAE LIQUIDATION PROPERTIES LLC was recorded in the Bureau of Conveyances of the State of Hawaii on January 22, 2009 as Document No. 2009-008399. A copy of the Quitclaim Deed is attached to this complaint and incorporated by reference as Exhibit "2".

6. Upon information and belief, Defendant LEIGH MATSUYOSHI ("Defendant MATSUYOSHI") is still remaining on the property as trespasser and/or uninvited guest and lessee.

7. That pursuant to Hawaii Revised Statutes 603-36, Plaintiff seeks a Writ of Ejectment against Defendant MATSUYOSHI and all known parties claiming under by and through said Defendant.

8. Defendants John and Mary Does 1-10 are persons who have or may have lien rights or other interests in the

property and whose names, identities and capacities are presently unknown to Plaintiff and its attorney.

WHEREFORE, PLAINTIFF PRAYS:

1.   That a Writ of Ejectment be awarded against Defendant MATSUYOSHI and all other persons claiming by, under and through said Defendant's possession to the real property set forth in this Complaint.

2.   That Plaintiff be allowed its attorneys fees and costs.

3.   That this Court grant any other relief and award that it deems appropriate.

DATED:   Honolulu, Hawaii,   FEB 0 2 2009            .

KARYN A. DOI
Attorney for Plaintiff