IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RESMAE LIQUIDATION PROPERTIES, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>LEIGH MATSUYOSHI; JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50 and DOE GOVERNMENTAL UNITS 1-50,<br><br>    Defendants. | CIVIL NO. CV11-00033 ACK-KSC<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I hereby certify that on a true and correct copy of the foregoing documents were electronically filed, thus served upon the following persons:

    CHARLES PRATHER, ESQ.
    BLUE KAANEHE, ESQ.
    PETER KEEGAN, ESQ.
    900 Fort Street Mall, Suite 800
    Honolulu, Hawaii 96813
    *Attorneys for Plaintiff*

DATED: Honolulu, Hawaii; June 8, 2011.

                _____
                GARY VICTOR DUBIN
                FREDERICK J. ARENSMEYER
                LILA C. A. KING
                Attorneys for Defendant
                Leigh Matsuyoshi