Of Counsel:
CLAY CHAPMAN IWAMURA PULICE & NERVELL

ROBERT E. CHAPMAN   # 2679
KATIE L. LAMBERT    # 8358
700 Bishop Street, Suite 2100
Honolulu, Hawaii 96813
Telephone No. (808) 535-8400
Facsimile: (808) 535-8446
Email: rchapman@paclawteam.com
Email: klambert@paclawteam.com

Attorneys for Plaintiff
RESMAE LIQUIDATION PROPERTIES, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| RESMAE LIQUIDATION PROPERTIES, LLC, | CIVIL NO. CV11-00033 ACK-KSC (Foreclosure) |
|---|---|
| Plaintiff, | STIPULATION FOR DISMISSAL and ORDER |
| vs. | |
| LEIGH MATSUYOSHI; JOHN DOES 1-50; JANE DOES 1-50; DOE PARTNERSHIPS 1-50; DOE CORPORATIONS 1-50; DOE ENTITIES 1-50; and DOE GOVERNMENTAL UNITS 1-50, | |
| Defendants. | |

476828.1

STIPULATION FOR DISMISSAL

COME NOW Plaintiff RESMAE LIQUIDATION PROPERTIES, LLC and Defendant LEIGH MATSUYOSHI by and through their undersigned attorneys and, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss all claims in the above action as between these parties.

DATED: Honolulu, Hawaii, FEB 09 2012.

STIPULATED AND AGREED:

_____
ROBERT E. CHAPMAN
KATIE L. LAMBERT
Attorneys for Plaintiff
RESMAE LIQUIDATION PROPERTIES, LLC

_____
GARY VICTOR DUBIN, ESQ.
LILA C. A. KING, ESQ.
Attorneys for Defendant
LEIGH MATSUYOSHI

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

RESMAE LIQUIDATION PROPERTIES, LLC v. LEIGH MATUSYOSHI, CV11 00033 ACK KSC; STIPULATION FOR DISMISSAL and ORDER